# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE: | CASE NO. 17-03990ee |
| GIGI CROSS PITTS | CHAPTER 13 |

RE:    MOTION FOR RELIEF FROM AUTOMATIC STAY
        FILED BY FREEDOMROAD FINANCIAL  (Dkt. #72)

## ORDER EXTENDING AUTOMATIC STAY

Upon consideration of the Motion for Relief from the Automatic Stay filed in the above referenced bankruptcy case and 11 U. S. C. § 362(e), the Court is of the opinion that continuation of the automatic stay beyond the thirty day period as provided under the Bankruptcy Code will not hinder, burden, delay or be inconsistent with this proceeding, and

**IT IS THEREFORE ORDERED** that the automatic stay under 11 U. S. C. § 362 is hereby extended and is to remain in effect pending hearing by this Court.

Dated:  February 23, 2018

_(signature)_
**EDWARD ELLINGTON**
**UNITED STATES BANKRUPTCY JUDGE**