

**SO ORDERED,**

*Edward Ellington*

**Judge Edward Ellington**
**United States Bankruptcy Judge**
**Date Signed: March 29, 2018**

**The Order of the Court is set forth below. The docket reflects the date entered.**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### JACKSON DIVISION

IN RE:

GIGI CROSS PITTS                                                NO. 17-03990 EE

## ORDER

This matter having come on for consideration upon the Motion for Relief from Automatic Stay and co-Debtor Stay filed on behalf of FreedomRoad Financial (hereinafter "FreedomRoad"), (DK#72) and the Court being advised that the Debtor does not oppose the requested relief and further that no response has been filed on behalf of the co-Debtor, and the Court further finding that said Motion is well taken and should be granted, it is therefore,

ORDERED, ADJUDGED AND DECREED that the Automatic Stay of Section 362 of the Bankruptcy Code is hereby terminated as to FreedomRoad, as to one (1) 2015 Triumph Bonneville, VIN SMT910K15FT708182.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the subject matter personal property collateral of the Debtor, be, and the same hereby is, abandoned as property of the estate.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the co-Debtor stay provisions of Section 1301 of the Bankruptcy Code are hereby lifted as to FreedomRoad as to the

BYRD & WISER
ATTORNEYS AT LAW
145 MAIN STREET
P.O. BOX 1939
BILOXI, MISSISSIPPI 39533
TELEPHONE (228) 432-8123
FAX (228) 432-7029

co-Debtor, Roger A. Pitts.

###END OF ORDER###

AGREED BY:

_____
ROBERT ALAN BYRD, Attorney
FreedomRoad Financial

**Signature Affixed**
_____
WILLIAM ARMSTRONG, JR., Attorney
for Debtor

/S/JUSTIN JONES
_____
Attorney for Trustee

BYRD & WISER
ATTORNEYS AT LAW
145 MAIN STREET
P.O. BOX 1939
BILOXI, MISSISSIPPI 39533
TELEPHONE (228) 432-8123
FAX (228) 432-7029

co-Debtor, Roger A. Pitts.

### ###END OF ORDER###

AGREED BY:

_____
ROBERT ALAN BYRD, Attorney
FreedomRoad Financial

*William R. Armstrong, Jr.* MSB # 1623
WILLIAM ARMSTRONG, JR., Attorney
for Debtor

_____
Attorney for Trustee

BYRD & WISER
ATTORNEYS AT LAW
145 MAIN STREET
P.O. BOX 1939
OXI, MISSISSIPPI 39533
EPHONE (228) 432-8123
FAX (228) 432-7029